IN THE UNITED STATES BANKRUPTCY COURT
For the DISTRICT of NEVADA
LAS VEGAS DIVISION

|  |  |
|---|---|
| In re:<br>Mark D Green<br><br>Debtor(s) | ) Chapter: 13<br>)<br>) REQUEST FOR SPECIAL NOTICE<br>) Case Number: 16-13887-MKN<br>) [No Hearing Required] |

TO THE CLERK:

The undersigned attorneys for:

ENERBANK USA
Merchant Name:

a creditor of the above referenced debtor.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that ENERBANK USA be given and served with all notices given or required to be given in the case as follows:

ENERBANK USA
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 08/17/16
Account Number: ******0218

Respectfully submitted,
Bass & Associates, P.C.

By: /s/ Patti H. Bass  (AZ 016849)
Patti H. Bass  (AZ 016849)
Attorneys for Creditor
ENERBANK USA
3936 E Ft Lowell Rd Suite 200
Tucson, AZ  85712-1083
(520) 577-1544
ecf@bass-associates.com