| | |
|---|---|
| Lindsey H. Morales, NV Bar No. 11519<br>Buckley Madole, P.C.<br>1635 Village Center Circle, Suite 130<br>Las Vegas, NV 89134<br>Telephone: 702-425-7267<br>Fax: 702-425-7269<br>Lindsey.Morales@BuckleyMadole.com<br><br>Attorney for Movant | Electronically filed on October 19, 2016 |

### UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF NEVADA, LAS VEGAS DIVISION

| | |
|---|---|
| In re:<br><br>Mark D. Green, aka Mark David Green,<br><br><br><br><br><br><br><br><br><br>Debtor | Case No. 16-13887-MKN<br><br>Chapter 13<br><br>**NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Hearing:<br>Date:  11/23/2016<br>Time: 1:30 PM<br>Place: Courtroom 2, 3rd Floor<br>         Foley Federal Building<br>         300 Las Vegas Boulevard South<br>         Las Vegas, NV, 89101 |

**TO THE HONORABLE MIKE K. NAKAGAWA, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

**NOTICE IS HEREBY GIVEN** that a Motion for Relief from Automatic Stay (the "Motion") was filed on October 19, 2016 by Harley-Davidson Credit Corp ("Movant"). The Motion seeks relief from the automatic stay under 11 U.S.C. §362 as to the Debtor and Debtor's bankruptcy estate so that Movant may enforce its remedies to repossess and sell the property in accordance with applicable non-bankruptcy law for the personal property commonly described as a 2004 HARLEY-DAVIDSON FLHRCI ROAD KING CLASSIC, vehicle identification number: 1HD1FRW154Y708015 (the "Property"). Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be heard before a United States Bankruptcy Judge in the Foley Federal Building, Courtroom 2, 3rd Floor, at 300 Las Vegas Boulevard South, Las Vegas, NV, 89101 on November 23, 2016 at the hour of 1:30 p.m.

Dated: 10/19/2016

Respectfully Submitted,
Buckley Madole, P.C.

By:   *Lindsey H. Morales*
LINDSEY H. MORALES
Attorney for Movant