Lindsey H. Morales, NV Bar No. 11519
Buckley Madole, P.C.
1635 Village Center Circle, Suite 130
Las Vegas, NV 89134
Telephone: 702-425-7267
Fax: 702-425-7269
Lindsey.Morales@BuckleyMadole.com

Electronically filed on October 19, 2016

Attorney for Movant

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA, LAS VEGAS DIVISION

| | |
|---|---|
| In re:<br><br>Mark D. Green, aka Mark David Green,<br><br><br><br>Debtor. | Case No. 16-13887-MKN<br><br>Chapter 13<br><br>**CERTIFICATE OF SERVICE** |

I, Bristol Cox, declare:

  1.  I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 14841 Dallas Parkway, Suite 300, Dallas, Texas, 75254.

  2.  On October 19, 2016, true and correct copies of the foregoing documents described:

- § 362 Information Cover Sheet
- Motion for Relief from the Automatic Stay
- Memorandum of Points & Authorities
- *Proposed* Order Granting Motion for Relief from the Automatic Stay
- Exhibits in support of Motion
- Notice of Hearing

were served by the notice of electronic filing for parties and counsel who are filing users:

///

///

///

CERTIFICATE OF SERVICE         1                     3905-N-6624
                                                     PrfSrv_NV_0001

Case 16-13887-mkn    Doc 25    Entered 10/19/16 16:17:42    Page 2 of 2

*Debtor's Attorney*  
Judah Zakalik  
info@pandalawfirm.com

*Trustee*  
Rick A. Yarnall  
ecfmail@LasVegas13.com

*U.S. Trustee*  
ustpregion17.lv.ecf@usdoj.gov

and by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, on the following interested parties:

*Debtor*  
Mark D. Green, aka Mark David Green  
7109 Powderhorn Cir.  
Las Vegas, NV 89128-3340

*Co-Debtor*  
Adam Andrew Wilson  
9863 Maspalomas St.  
Las Vegas, NV 89178-7514

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 10/19/2016                                   By:     *Bristol Cox*
                                                                    Bristol Cox

CERTIFICATE OF SERVICE                     2                              3905-N-6624
                                                                                                PrfSrv_NV_0001