PETERS & ASSOCIATES, LLP
Xenophon Peters, Esq.
Bar No. 11241
Judah Zakalik, Esq.
Bar No. 9228
4230 S. Decatur Blvd., Suite 200
Las Vegas, NV 89103
Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:                                      )
                                            ) Chapter 13 Proceeding
MARK D. GREEN,                              )
                                            ) Case No.: 16-13887-mkn
            Debtor.                         )
                                            )
                                            ) Hearing Date: February 9, 2017
                                            ) Hearing Time: 1:30 p.m.
                                            )
_____)

**<u>NOTICE OF HEARING ON CONFIRMATION OF CHAPTER 13 PLAN #2</u>**

TO: ALL INTERESTED PARTIES, CREDITORS AND TRUSTEES

    NOTICE IS HEREBY GIVEN that Chapter 13 Plan #2 was filed herein on January 6, 2017, by Judah Zakalik, Esq., attorney for Debtor.

    **NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion **no later than 14 days** preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

/ / /

/ / /

/ / /

___

LR 9014(a) (1): If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

___

NOTICE IS FURTHER GIVEN that a pre-confirmation hearing will be held in the Foley Federal Building, at 300 South Las Vegas Boulevard, Room 1500, Las Vegas, Nevada, on February 9, 2017 at 8:30 a.m.

NOTICE IS FURTHER GIVEN that the confirmation hearing will be held in the Foley Federal Building, at 300 South Las Vegas Boulevard, Third Floor, Las Vegas, Nevada, on February 9, 2017 at 1:30 p.m.

DATED this 6th day of January, 2017.

PETERS & ASSOCIATES, LLP

By: /s/ Judah Zakalik
Judah Zakalik, Esq.
4230 S. Decatur Blvd., Suite 200
Las Vegas, NV 89103
Attorney for Debtors

LAW OFFICES
PETERS & ASSOCIATES, LLP
4230 S. Decatur Blvd., Suite 200
Las Vegas, Nevada 89103
(702) 507-6990
Fax (702) 473-9138

## CERTIFICATE OF SERVICE

1. On <u>January 6, 2017</u> (date) I served the following document(s) (specify):

   **NOTICE OF HEARING ON CONFIRMATION OF CHAPTER 13 PLAN #2 and PLAN #2**

2. I served the above-named document(s) by the following means to the persons as listed below:
    (Check all that apply)

   ☐ **a. ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

   ■ **b. United States mail, postage fully prepaid** *(List persons and addresses. Attach additional paper if necessary)*

      See attached Creditor Matrix

   ☐ **c. Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

   I personally delivered the document(s) to the persons at these addresses:

   o   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.
   o   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s)at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

   ☐ **d. By direct email (as opposed to through the ECF System)**
   *(List persons and email addresses. Attach additional paper if necessary)*
   Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

///

///

///

///

///

☐ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*
*Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.*

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*
*I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): <u>January 6, 2017</u>

<u>  Jessie Giordano            </u>          <u>   /s/ Jessie Giordano              </u>
(NAME OF DECLARANT)           (SIGNATURE OF DECLARANT)

LAW OFFICES
PETERS & ASSOCIATES, LLP
4230 S. Decatur Blvd., Suite 200
Las Vegas, Nevada 89103
(702) 507-6990
Fax (702) 473-9138

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-2<br>Case 16-13887-mkn<br>District of Nevada<br>Las Vegas<br>Fri Jan  6 17:29:51 PST 2017 | HARLEY DAVIDSON CREDIT CORPORATION<br>14841 DALLAS PKWY, STE 300<br>DALLAS, TX 75254-7883 | United States Bankruptcy Court<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101-5833 |
| ADT Security Services<br>Acct No 0121<br>P. O. Box 325<br>Lawrence, MA 01842-0625 | ADT Security Services<br>Acct No 4515<br>P. O. Box 650485<br>Dallas, TX 75265-0485 | Afni<br>Acct No 6626<br>1310 Martin Luther King Dr.<br>PO Box 3517<br>Bloomington, IL 61702-3517 |
| Citibank<br>Acct No 1220<br>P.O. Box 390905<br>Minneapolis, MN 55439-0905 | City of LV Sewer/Dept of Finance<br>495 S. Main St.<br>Las Vegas, NV 89101-6318 | Clark County Treasurer<br>500 South Grand Central Pkwy.<br>P.O. Box 551220<br>Las Vegas, NV 89155-1220 |
| Cox Communications<br>Acct No 15-01<br>P.O. Box 79175<br>Phoenix, AZ 85062-9175 | Csc Logic/wells Fargo<br>Acct No xxxxxxxxxxxxx1001<br>Po Box 740908<br>Dallas, TX 75374-0908 | DRA<br>Acct No 4053<br>5068 W. Plano Pkwy.<br>Plano, TX 75093-4408 |
| Dish Network<br>Acct No 6626<br>P.O. Box 7203<br>Pasadena, CA 91109-7303 | Dolr Ln Cent<br>Acct No xx0668<br>6122 W Sahara Ave<br>Las Vegas, NV 89146-3051 | Dolr Ln Cent<br>Acct No xx5448<br>6122 W Sahara Ave<br>Las Vegas, NV 89146-3051 |
| ENERBANK USA<br>BASS AND ASSOCIATES PC<br>3936 E FT LOWELL ROAD SUITE 200<br>TUCSON AZ 85712-1083 | Enbebank USA<br>Bass & Associates, P.C.<br>3936 E Ft. Lowell Road, Suite 200<br>Tucson, AZ 85712-1083 | Enerbank USA<br>Acct No 0218<br>1245 Brickyard Rd<br>Salt Lake City, UT 84106-2559 |
| Enerbank Usa<br>Acct No xxxxxx0218<br>1945 W Parnall Rd Ste 22<br>Jackson, MI 49201-8658 | Enhanced Recovery Co L<br>Acct No xxxxx7735<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | Esb/harley Davidson Cr<br>Acct No xxxxxxxxxx5612<br>222 W Adams<br>Chicago, IL 60606-5312 |
| FMA Alliance, LTD<br>Acct No xxxx5907<br>11811 North Freeway, Suite 900<br>P.O. box 2409<br>Houston, TX 77252-2409 | Harley-Davidson Credit Corp.<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | Home Depot<br>Acct No 1220<br>PO BOX 12914<br>Norfolk, VA 23541-0914 |
| MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Mb Financial Bank<br>Acct No xxx5078<br>6111 N River Rd<br>Rosemont, IL 60018-5111 | Midland Funding<br>Acct No xxxxxx6666<br>2365 Northside Dri<br>San Diego, CA 92108-2709 |
| Midland Funding<br>Acct No xxxxxx7149<br>2365 Northside Dri<br>San Diego, CA 92108-2709 | (p)CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 | Mufg Union Bank N.a.<br>Acct No xxxxx4974<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 |

```
NORTHERN LEASING SYSTEMS INC          NV Energy                             National Default Servicing Corporation
525 WASHINGTON BLVD 15TH FLOOR        Acct No 9000                          Acct No xx-xxxxx-WF-NV
JERSEY CITY, NJ 07310-2603            6226 W. Sahara Ave.                   7720 N. 16th Street, Suite 300
                                      Las Vegas, NV 89146-3060              Phoenix, AZ 85020-7404


(p)NORTHERN LEASING SYSTEMS INC       Northern Leasing Systems, Inc.        Patenaude & Felix, A.P.C.
525 WASHINGTON BLVD 15 FLOOR          Acct No 1745                          Acct No xx-x5915
JERSEY CITY NJ 07310-1606             P.O. Box 7861                         1771 East Flamingo Rd., Ste 112A
                                      New York, NY 10116-7861               Las Vegas, NV 89119-0849


(p)PORTFOLIO RECOVERY ASSOCIATES LLC  Republic Services                     Sears
PO BOX 41067                          Acct No x-xxxx-xxx3355                Acct No 0218
NORFOLK VA 23541-1067                 770 E Sahara Ave.                     P.O. Box 183082
                                      Las Vegas, NV 89104-2909              Columbus, OH 43218-3082


Syncb/care Credit                     Syncb/sams Club                       Syncb/sams Club
Acct No xxxxxxxxxxxx4799              Acct No xxxxxxxx4047                  Acct No xxxxxxxxxxxx0652
950 Forrer Blvd                       Po Box 965005                         Po Box 965005
Kettering, OH 45420-1469              Orlando, FL 32896-5005                Orlando, FL 32896-5005


U.S. Bank, N.A.                       United Consumer Finl                  United Consumer Finl
Acct No 4638                          Acct No xxxx1554                      Acct No xxxx7643
12339 Cutten Road                     865 Bassett Rd                        865 Bassett Rd
Houston, TX 77066-1807                Westlake, OH 44145-1142               Westlake, OH 44145-1142


Valentine & Kebartas, Inc.            Wells Fargo Bank, N.A.                Wells Fargo Home Mortgage
Acct No 4515                          Default Document Processing           Acct No xxxxxxxxx2535
P.O. Box 325                          N9286-01Y                             Po Box 10335
Lawrence, MA 01842-0625               1000 Blue Gentian Road                Des Moines, IA 50306-0335
                                      Eagan, MN 55121-7700


Wells Fargo Home Mortgage             JUDAH ZAKALIK                         MARK D. GREEN
Acct No xxxxxxxxx4761                 PETERS & ASSOCIATES, LLP              7109 POWDERHORN CIR.
Po Box 10335                          4230 S. DECATUR BLVD., STE. 200       LAS VEGAS, NV 89128-3340
Des Moines, IA 50306-0335             LAS VEGAS, NV 89103-6864


RICK A. YARNALL
701 BRIDGER AVE., #820
LAS VEGAS, NV 89101-8943
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Military Star                         Northern Leasing System               Portfolio Recovery
Acct No xxxxxxxxxxxx9352              Acct No xxx1745                       Acct No xx-x5915
3911 Walton Walker                    132 W 31st St., Fl 14                 P.O. Box 12903
Dallas, TX 75266                      New York, NY 10001                    Norfolk, VA 23541
```

```
(d)Portfolio Recovery              (d)Portfolio Recovery              (d)Portfolio Recovery Associates, LLC
Acct No xxxxxxxxxxxx1220           Acct No xxxxxxxxxxxx3823           POB 12914
120 Corporate Blvd., Ste 1         120 Corporate Blvd., Ste 1         Norfolk VA 23541
Norfolk, VA 23502                  Norfolk, VA 23502
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)ENERBANK USA                           End of Label Matrix
                                          Mailable recipients    51
                                          Bypassed recipients     1
                                          Total                  52
```