_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
February 16, 2017

JEFFREY G. SLOANE, ESQ.
Nevada Bar No. 000784
8935 S. Pecos Road, Suite 21-A
Henderson, Nevada 89074
Telephone: (702) 269-8570
Facsimile: (702) 837-1650
Email: jeff@jsloanelaw.com
Attorneys for Creditor/Movant
MB FINANCIAL

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>MARK D. GREEN aka MARK DAVID GREEN<br><br>Debtors. | In Proceedings Under Chapter 13<br><br>BK-S-16-13887-mkn<br><br>Date: N/A<br>Time: N/A |

### STIPULATION AND ORDER LIFTING AUTOMATIC STAY

**IT IS HEREBY STIPULATED AND AGREED** by and between Debtor, MARK D. GREEN aka MARK DAVID GREEN, by and through his attorney, JENNIFER RIGDON, ESQ., of PETERS & ASSOCIATES, LLP and JEFFREY G. SLOANE, ESQ. by and on behalf of Creditor, MB FINANCIAL, that:

**WHEREAS** MB FINANCIAL holds a security interest in the following Vehicle 2013 HARLEY DAVIDSON, VIN NO: 1HD1KBM13DB638152; and,

**WHEREAS** the Debtor is currently in arrears of the obligations due under the terms of the Retail Installment Contract dated October 2, 2013, and the Debtor being unable to cure the existing arrearages and having surrendered said vehicle;

1  **IT IS FURTHER STIPULATED AND AGREED** that the automatic stay afforded the
2  Debtor and by 11 U.S.C. 362(a) shall be immediately lifted to permit MB FINANCIAL to take
3  possession of said Vehicle and to sell same and apply the proceeds of said sale to the indebtedness
4  due MB FINANCIAL by Debtor.

5  DATED the 13th day of February, 2017.

6  BY:  /s/ JEFFREY G. SLOANE
    JEFFREY G. SLOANE, ESQ.
7  8935 S. Pecos Road, Suite 21-A
    Henderson, Nevada 89074
8  Attorneys for Creditor/Movant
    MB FINANCIAL

10  APPROVED/DISAPPROVED:

12  BY: _____
    RICK A. YARNALL
13  CHAPTER 13 TRUSTEE
    701 BRIDGER AVE., #820
14  LAS VEGAS, NV 89101

15  APPROVED/DISAPPROVED:

17  BY: _____
    JUDAH ZAKALIK, ESQ.
18  JENNIFER RIGDON, ESQ.
    PETERS & ASSOCIATES, LLP
19  4230 S. DECATUR BLVD., STE. 200
    LAS VEGAS, NV 89103
20  ATTORNEY FOR DEBTOR

C:\Client Matters\Weltman Weinberg and Reis 11\Green 10990\Notes and Memos\Stipulation and Order Lifting Automatic Stay Chapter 13
Yarnall.wpd